## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA

WILSON GURLEY,

    Petitioner,

vs.

Case No.: 5:13-cv-00864-VEH-JEO

LEEPOSEY DANIELS, Warden
Elmore Correctional Facility,

    Respondents.
_____/

## MOTION FOR ADMISSION PRO HAC VICE

    Comes now, Robert L. Sirianni, Jr., pursuant to Local Rule 83.1(b), and moves for admission pro hac vice to represent Wilson Gurley in this matter.

    Pursuant to Local Rule 83.1(b), I certify that I am eligible for admission to this Court. I am admitted, regularly practicing and in good standing as a member of the following courts:

    State of Florida Supreme Court
    U.S. Supreme Court
    U.S. Court of Appeals, First Circuit
    U.S. Court of Appeals, Second Circuit
    U.S. Court of Appeals, Third Circuit.
    U.S. Court of Appeals, Fourth Circuit
    U.S. Court of Appeals, Fifth Circuit
    U.S. Court of Appeals, Sixth Circuit
    U.S. Court of Appeals, Seventh Circuit
    U.S. Court of Appeals, Eighth Circuit
    U.S. Court of Appeals, Ninth Circuit.
    U.S. Court of Appeals, Tenth Circuit
    U.S. Court of Appeals, Eleventh Circuit
    Middle District of Florida
    Eastern District of Michigan
    Northern District of Texas

    Pursuant to Local Rules 83.1(b), (f) and (h), I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I further certify that I am generally familiar with this Court's Local Rules, the Model Rules of the American Bar Association and the Alabama Rules of Professional Conduct.

Wherefore, the premises considered, movant requests for admission to practice pro hac vice to represent Wilson Gurley in this matter.

Respectfully submitted this the 16th day of August, 2013.

Robert L. Sirianni, Jr., Esq.
Florida Bar No. 98018 – *Pro Hac Vice*
BROWNSTONE, P.A.
400 N. New York Ave., Ste. 215
Winter Park, FL 32789
PH: (407) 388-1900
FAX: (407) 622-1511

Of Counsel:   Andrew D. Wheeler (WHE015)
THE WHEELER FIRM, LLC
1821 3rd Ave. N.
Bessemer, AL 35020
Ph: (205) 428-9186
Fx: (205) 425-2229